```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :      Order
                                     :
CRISTIAN MARINO-CASTRO,              :      S2 20 Cr. 157 (LJL)
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jason M. Swergold;

It is found that the Indictment in the above-captioned action, S2 20 Cr. 157 (LJL), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S2 20 Cr. 157 (LJL), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 2, 2022

_____
THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE