# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

April 21, 2022

**By ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Status Conference previously set for April 28, 2022 is rescheduled to June 1, 2022 at 12:00PM. The Court, with consent of all parties, excludes time from April 22, 2022 until June 1, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and June 1 will allow the government to complete its production of discovery, defense counsel to review discovery and discuss with defendant, defendant to consider potential motions, and parties to discuss a potential pretrial disposition.
> 4/22/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Cristian Marino-Castro, et al.,* **20 Cr. 157 (LJL)**

Dear Judge Liman:

I write with the consent of the government to respectfully request an adjournment of the status conference in the above-captioned case, now scheduled for April 28, 2022.

This request is made to permit the government to complete the production of discovery in this case. We consent to the exclusion of speedy trial time.

Accordingly, the parties request an adjournment of approximately 30 days until June 1, 2022, at a time convenient to the Court, or the week of June 6, 2022 at a date and time convenient to the Court.

Your attention to this matter is appreciated.

Very truly yours,

James Roth, Esq.

cc:   AUSA Jason Swergold (By ECF)

JR/Marino-Castro/Adj Rqst Status Conf