# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

> **REQUEST GRANTED.**
> The Status Conference previously set for June 1, 2022 is rescheduled to July 20, 2022 at 12:00PM in Courtroom 15C. The Court, with consent of all parties, excludes time from May 31, 2022 until July 20, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and July 20 will allow parties to continue to review discovery and to discuss a potential pretrial disposition of the case.
>
> 5/31/2022
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

May 31, 2022

**By ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Cristian Marino-Castro*, 20 Cr. 157 (LJL)

Dear Judge Liman:

I am counsel of record for Cristian Marino-Castro in the above-captioned case. I write to respectfully request a 45-day adjournment of the status conference now scheduled for June 1, 2022.

The reason for this request is to continue discovery review that is not yet complete and to engage in discussions to resolve the case. We consent to the exclusion to speedy trial time. AUSA Jason Swergold consents to this request.

Accordingly, it is respectfully requested the June 1, 2022 status conference be adjourned until July 18, 2022, July 19, 2022 in the afternoon, or July 20, 2022. This is the second adjournment request.

Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Jason Swergold (By ECF)

JR/Marino-Castro/Adj Rqst Conf