UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,          :

          -v-                           :          20-CR-157-4 (LJL)

CRISTIAN MARINO-CASTRO,         :          SCHEDULING ORDER

              Defendant.          :

-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Motion Hearing previously scheduled for November 21, 2022 is canceled. Instead, a Change of Plea Hearing is scheduled for November 29, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

       SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                      LEWIS J. LIMAN
                                                 United States District Judge