# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

**REQUEST GRANTED.**
The sentencing hearing previously set for April 24, 2023 is rescheduled to June 1, 2023 at 2:00pm in Courtroom 15C at the 500 Pearl Street Courthouse. Parties should not expect to receive any further extensions.

4/4/2023    SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

April 4, 2023

**By ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Cristian Marino-Castro*, 20 Cr. 157 (LJL)

Dear Judge Liman:

    I write with the consent of the Government to request an adjournment of the sentence hearing in this matter currently scheduled for April 24, 2023. This second request is to allow counsel to continue efforts to obtain documentation from the Spanish Embassy regarding Mr. Marino-Castro's citizenship which is pertinent to the proceeding.

    I respectfully request a date the fourth week of May or the first week of June at a time convenient to the court.

    Thank you for your attention to this matter.

Very truly yours,

James Roth, Esq.

cc:    AUSA Jason Swergold (By ECF)

JR/Marino-Castro/Adj Rqst Sentencing