UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
-v-                                              :        20-CR-157-4 (LJL)
:
CRISTIAN MARINO-CASTRO,                               :        ORDER
:
Defendant.                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Due to a scheduling conflict, the Sentencing hearing previously set for June 1, 2023 is rescheduled to June 6, 2023 at 2:00PM in Courtroom 15C.

SO ORDERED.

Dated: May 24, 2023
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge