UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
      -v-                                                          :      20-CR-157-4 (LJL)
:
CRISTIAN MARINO-CASTRO,                                :      <u>ORDER</u>
:
                Defendant.            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government is to contact Mr. Marino-Castro's former lawyer and to respond to the motion by no later than September 7, 2023.


      SO ORDERED.

Dated:  August 29, 2023
           New York, New York
                                                              LEWIS J. LIMAN
                                               United States District Judge