UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/16/2024__

UNITED STATES OF AMERICA,

-v-

CRISTIAN MARINO-CASTRO,

                    Defendant.

20-cr-157-4 (LJL)

ORDER

LEWIS J. LIMAN, District Judge:

On July 10, 2024, the Court received two pro se mailings from Cristian Marino-Castro:

First, Mr. Marino-Castro submitted a motion for reduction in sentence. Dkt. No. 112. If the Government intends to respond to Mr. Marino-Castro's motion, it shall do so by August 2, 2024.

Second, Mr. Marino-Castro submitted a letter, Dkt. No. 113, requesting an update on his November 16, 2023 motion for a reduction in sentence, Dkt. No. 108. The Court denied that motion by order on January 22, 2024. Dkt. No. 110. However, Mr. Marino-Castro's letter suggests that he never received the Court's order. The docket in this case reflects that Mr. Marino-Castro is represented by James Michael Roth, Esq. *See* Dkt. No. 106. Mr. Marino-Castro is therefore ORDERED to show cause by filing a letter on or before August 2, 2024— either through counsel or pro se—explaining whether he is still represented by Mr. Roth in this Court and whether the Court should remove Mr. Roth from the docket as representing Mr. Marino-Castro.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Cristian Marino-Castro, Reg. # 88847-509, FCI Fort Dix, Joint Base MDL, NJ 08640, P.O. Box 2000.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

Dated: July 16, 2024
   New York, New York