UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-       20-CR-157-4 (LJL)

CRISTIAN MARINO-CASTRO,      ORDER

    Defendant.

---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court appoints CJA counsel Aaron Mysliwiec to represent the defendant for the purpose of sentencing and related matters.

SO ORDERED.

Dated: April 24, 2025
       New York, New York

                                        LEWIS J. LIMAN
                                 United States District Judge