

March 11, 2026

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
A corrected/supplemental PSR is ordered. A Sentencing hearing is scheduled for June 22, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

3/12/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Cristian Marino-Castro*, 20-CR-157 (LJL)

Dear Judge Liman:

On August 19, 2024, Defendant Cristian Marino-Castro filed a *pro se* motion seeking reduction of his concurrent 252-month sentence due to what he understood to be errors in the Court's calculation of his sentencing guidelines range. (Dkt. 118). This Court, in reviewing the motion, recognized that the sentence imposed on Count One exceeded the statutory maximum under 18 U.S.C. § 1951(a) and asked the Government to respond. The Government, by letter filed April 21, 2025, concurred with the finding that the sentence imposed was unlawful and requested that a supplemental PSR be drafted and that Mr. Marino-Castro be re-sentenced to correct the error. (Dkt. 123.)

Undersigned counsel was appointed by the court the following day to address these matters. As the Government noted in its April 21, 2025 letter, however, at that time Mr. Marino-Castro's case was pending appeal before the Second Circuit, and this Court thus lacked jurisdiction to proceed with resentencing. The appeal was resolved by summary order in July 2025 dismissing the appeal as unripe. The appellate court did not review the sentence, only the ripeness of Mr. Marino-Castro's challenge to a condition of supervised release.

Mr. Marino-Castro's case is thus properly back before this Court, and so with consent of the United States, we respectfully request that a corrected/supplemental PSR be prepared and that a re-sentencing date and briefing schedule now be set.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Counsel for Cristian Marino-Castro*

cc:    AUSA William K. Stone (via ECF)